Entered on Docket
April 03, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed April 2, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
In re                          |
                               |   No. 12-42162
Timothy Dale Seifert,          |
                               |   Chapter 7
                               |
        Debtor.                |
_____|
                               |
Timothy Dale Seifert,          |
                               |
        Plaintiff,             |   Adv. Pro. No. 14-04111
                               |
        v.                     |
                               |
Internal Revenue Service,      |
United States of America,      |
                               |
        Defendants.            |
_____|
```

**MEMORANDUM REGARDING STATUS CONFERENCE**

A status conference was held in the above captioned adversary proceeding on January 28, 2015. Jose Olivera

1

appeared on behalf of Defendant United States of America, and Liat Blum appeared on behalf of Plaintiff. At the status conference, Plaintiff's counsel explained to the court that the issue in this adversary proceeding is completely dependent on the outcome of a case pending before the Ninth Circuit Court of Appeals, *Martin Smith v. Internal Revenue Service*, Case No. 14-15867. The court continued the status conference to March 25, 2015, and requested a status conference statement be filed. On March 16, 2015, the Court sua sponte moved the status conference to the April 1, 2015 calendar.

A status conference statement was filed on March 18, 2015, which indicated that the case before the Ninth Circuit remained pending. Having read the status conference statement, it appears another 60 day continuance is appropriate. If any party believes the status conference should remain scheduled on April 8, the party should file a response to this memorandum by April 6. If a response is not filed by April 6, the status conference shall be continued to **June 10, 2015**, at **10:30 AM** in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, CA 94612.

**\*END OF MEMORANDUM\***
**\*END OF MEMORANDUM\***
2

appeared on behalf of Defendant United States of America, and Liat Blum appeared on behalf of Plaintiff. At the status conference, Plaintiff's counsel explained to the court that the issue in this adversary proceeding is completely dependent on the outcome of a case pending before the Ninth Circuit Court of Appeals, *Martin Smith v. Internal Revenue Service*, Case No. 14-15867. The court continued the status conference to March 25, 2015, and requested a status conference statement be filed. On March 16, 2015, the Court sua sponte moved the status conference to the April 1, 2015 calendar.

A status conference statement was filed on March 18, 2015, which indicated that the case before the Ninth Circuit remained pending. Having read the status conference statement, it appears another 60 day continuance is appropriate. If any party believes the status conference should remain scheduled on April 8, the party should file a response to this memorandum by April 6. If a response is not filed by April 6, the status conference shall be continued to **June 10, 2015**, at **10:30 AM** in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, CA 94612.

**\*END OF MEMORANDUM\***

appeared on behalf of Defendant United States of America, and Liat Blum appeared on behalf of Plaintiff. At the status conference, Plaintiff's counsel explained to the court that the issue in this adversary proceeding is completely dependent on the outcome of a case pending before the Ninth Circuit Court of Appeals, *Martin Smith v. Internal Revenue Service*, Case No. 14-15867. The court continued the status conference to March 25, 2015, and requested a status conference statement be filed. On March 16, 2015, the Court sua sponte moved the status conference to the April 1, 2015 calendar.

A status conference statement was filed on March 18, 2015, which indicated that the case before the Ninth Circuit remained pending. Having read the status conference statement, it appears another 60 day continuance is appropriate. If any party believes the status conference should remain scheduled on April 8, the party should file a response to this memorandum by April 6. If a response is not filed by April 6, the status conference shall be continued to **June 10, 2015**, at **10:30 AM** in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, CA 94612.

**\*END OF MEMORANDUM\***
2

**COURT SERVICE LIST**

Timothy Dale Seifert
620 Saturn Ave.
Fremont, CA 94539

Robert L. Goldstein
Law Offices of Robert L. Goldstein
100 Bush St. #501
San Francisco, CA 94104

IRS, Defendant
PO Box 7346
Philadelphia, PA 19101-7346

United States of America
U.S. Attorneys Office
450 Golden Gate Ave. 10th Floor
Box 36055
San Francisco, CA 94102

Jose Apolinar Olivera
US Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102