Entered on Docket
March 02, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed March 2, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Timothy Dale Seifert<br><br>             Debtor. | Case No. 12-42162<br>Chapter 7<br><br>Adv. Pro. No. 14-04111 |
| Timothy Dale Seifert,<br><br>             Plaintiff,<br>   v.<br><br>IRS,<br><br>             Defendant. | |

**MEMORANDUM ON MOTION TO RECONSIDER**

On February 25, 2017, the Court entered an *Order Regarding Parties' Cross Motions for Summary Judgment* (doc. 44) in the above-captioned adversary proceeding. On February 28, 2017, Debtor filed a *Motion to Reconsider* ("the Motion") (doc. 45). The Motion was not served on the opposing party, and the Court requests that service be provided and the matter be set for hearing on normal notice. An appropriate briefing timeline will commence on the date of such service.

\*END OF ORDER\*

**Court Service List**

All parties to this adversary proceeding are ECF participants.